IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02113-MJW

LUCAS C. STANLEY, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

VOLKSWAGEN GROUP OF AMERICA, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint (Docket No. 18) is GRANTED; and

- Plaintiff's Second Amended Complaint (Docket No. 18-1) is hereby ACCEPTED FOR FILING, with Docket Nos. 18-2 through 18-7 as exhibits to Docket No. 18-1.

In light of Plaintiffs' statement (Docket No. 18 ¶ 4) that they "do not intend to object to Defendant's Motion to Stay," it is further ORDERED that:

- Defendant's Motion to Stay Pending Decision by the Judicial Panel on Multidistrict Litigation on Motions for Transfer of Related Actions (Docket No. 16) is GRANTED;

- All proceedings in this case are STAYED pending further order of Court; and

- The parties shall file a joint status update by the earlier of (1) February 15, 2016, or (2) 14 days after the Judicial Panel on Multidistrict Litigation's ruling on the motions for transfer/centralization.

Date: November 6, 2015